# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |
| OAK CREST MANOR, A LIMITED PARTNERSHIP, | * | |
| Plaintiff, | * | |
| v. | * | No. 05-641C |
| THE UNITED STATES, | * | (Filed: August 17, 2005) |
| Defendant. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**ORDER**

The joint motion of the parties, filed August 11, 2005, to stay proceedings in the above case is **GRANTED.** The parties shall provide a joint status report to the Court 14 days after the conclusion of the ADR.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims